**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ZIA ZAFAR | ) | 1:17-mj-11 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

JAN 9 2017

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2017,__ in the county of __Not Applicable__ in the __Not Applicable__ District of __Not Applicable__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1116(a) | Attempted Murder of an Internationally Protected Person |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

David J. DiMarco, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Jan. 9, 2017__

/s/
John F. Anderson
~~United States Magistrate Judge~~
*Judge's signature*

City and state: __Alexandria, Virginia__

The Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*